

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-13-00177-CR |
| IN RE: LUIS RAUL CAMACHO, | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

## J U D G M E N T

The court has considered this cause on the Relator′s petition for writ of mandamus against the Honorable Annabell Perez, Judge of the 41st District Court of El Paso, Texas, and concludes that Relator′s petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this court.

IT IS SO ORDERED THIS 21ST DAY OF AUGUST, 2013.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.